**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03145-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MARC HARRIS, a.k.a. MARC HARRIS KAPLAN,

    Plaintiff,

v.

JOHN W. HICKENLOOPER, Governor State of Colorado, Individually and in Official
    Capacity,
JOHN W. SUTHERS, Attorney General State of Colorado, Individually and in Official
    Capacity,
GILBERT MARTINEZ, Chief Judge El Paso County, Individually and in Official
    Capacity,
DANIEL S. WILSON, Judge El Paso County, Individually and in Official Capacity,
LARRY MARTIN, Judge El Paso County, Individually and in Official Capacity,
DAN MAY, District Attorney El Paso County, Individually and in Official Capacity,
ANTHONY SANTOS, Assist. Dist. Attor. El Paso County, Individually and in Official
    Capacity,
TERRY MAKETA, Sheriff El Paso County, Individually and in Official Capacity,
STEVE BACH, Mayor Colorado Springs, Individually and in Official Capacity,
PETE CAREY, Police Chief Colorado Springs, Individually and in Official Capacity,
SHANE WHITE, City Attorney Colorado Springs, Individually and in Official Capacity,
    and
JOHN/JANE DOES, 1-1000, Individually and in Official Capacity,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff Marc Harris, a.k.a. Marc Harris Kaplan, appears to reside in Colorado Springs, Colorado.  Plaintiff has submitted a Civil Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed

to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)  __  is not submitted
(2)  __  is not on proper form (must use the Court's current form)
(3)  __  is missing original signature by Plaintiff
(4)  __  is missing affidavit
(5)  __  affidavit is incomplete
(6)  __  affidavit is not notarized or is not properly notarized
(7)  __  names in caption do not match names in caption of complaint, petition or application
(8)  _X_  other: Conflicting information is provided on Page Four regarding real estate taxes and property insurance.  Plaintiff claims these two items are included but provides no information on a monthly rent or mortgage payment.

**Complaint or Petition**:
(9)  __  is not submitted
(10) __  is not on proper form (must use the Court's current form)
(11) __  is missing an original signature by Plaintiff
(12) __  is incomplete
(13) __  uses et al. instead of listing all parties in caption
(14) _X_ names in caption do not match names in text of Complaint in Parties section
(15) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __  other:

Accordingly, it is

   ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

   FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs and a Complaint, along with the applicable instructions, at www.cod.uscourts.gov.  Plaintiff must use Court-approved forms to cure deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED November 21, 2014, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge