**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03145-GPG

MARC HARRIS, a.k.a. MARC HARRIS KAPLAN,

    Plaintiff,

v.

JOHN W. HICKENLOOPER, Governor State of Colorado, Individually and in Official Capacity,
JOHN W. SUTHERS, Attorney General State of Colorado, Individually and in Official Capacity,
GILBERT MARTINEZ, Chief Judge El Paso County, Individually and in Official Capacity,
DANIEL S. WILSON, Judge El Paso County, Individually and in Official Capacity,
LARRY MARTIN, Judge El Paso County, Individually and in Official Capacity,
DAN MAY, District Attorney El Paso County, Individually and in Official Capacity,
ANTHONY SANTOS, Assist. Dist. Attor. El Paso County, Individually and in Official Capacity,
TERRY MAKETA, Sheriff El Paso County, Individually and in Official Capacity,
STEVE BACH, Mayor Colorado Springs, Individually and in Official Capacity,
PETE CAREY, Police Chief Colorado Springs, Individually and in Official Capacity,
SHANE WHITE, City Attorney Colorado Springs, Individually and in Official Capacity, and
JOHN/JANE DOES, 1-1000, Individually and in Official Capacity,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    This matter is before the Court on Plaintiff's Motion for Stay, ECF No. 15. The Motion will be denied because it is not clear why Plaintiff seeks a stay, and he fails to present any reasons that would justify a stay.

Dated:  January 28, 2015,